Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MS 2005-9AR,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TETON RANCH (HIGHLANDS MAINTENANCE CORPORATION) HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ANTHONY DEPASQUALE, an individual,<br><br>Defendants. | Case No. 2:16-02811-JCM-NJK<br><br>**JOINT MOTION AND ORDER RE: DEMAND FOR SECURITY OF COSTS** |

Plaintiff Deutsche Bank National Trust Company as Trustee for MS 2005-9AR ("Trustee") and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through their counsel of record, stipulate to the entry of an order for the deposit of security of costs. On January 19, 2017, SFR filed and served a Motion for Demand for Security of Costs Pursuant to NRS 18.130(1). (ECF No. 12). Pursuant to the statute, the parties now stipulate to an order permitting the deposit by Trustee of a check for $500.00 with the Clerk of the Court.

The parties further stipulate that, pursuant to NRS 18.130, SFR shall answer or otherwise plead to the Amended Complaint within ten (10) days of notice that the

DMWEST #15816242 v1

1  funds have been deposited with the Court.

2  Dated: this 19th day of January, 2017.

4  BALLARD SPAHR LLP                          KIM GILBERT EBRON

6  /s/ Holly Ann Priest                       /s/ Diana Cline Ebron
   Abran E. Vigil, Esq.                       Diana Cline Ebron
   Nevada Bar No. 7548                        Nevada Bar No. 10580
   Holly Ann Priest                           Jackie A. Gilbert
   Nevada Bar No. 13226                       Nevada Bar No. 10593
   100 North City Parkway, Suite 1750         Karen Hanks
   Las Vegas, Nevada 89106                    Nevada Bar No. 9578
                                              7625 Dean Martin Dr., Suite 110
   *Attorneys for Plaintiff*                  Las Vegas, Nevada 89014

                                              *Attorneys for SFR Investments Pool 1, LLC*

2

# ORDER

**FOR GOOD CAUSE APPEARING**, and based upon the foregoing stipulation:

**IT IS HEREBY ORDERED** that, pursuant to NRS 18.130, Trustee shall deposit with the Clerk of the Court $500.00.

**IT IS HEREBY FURTHER ORDERED** that, pursuant to NRS 18.130, Trustee shall notify SFR of the deposit, and SFR shall have ten (10) days from the date of such notice to answer or otherwise plead to the Complaint.

_____
U.S. DISTRICT COURT JUDGE

Dated: January 20, 2017

Respectfully submitted,

BALLARD SPAHR LLP


 /s/ Holly Ann Priest
Joel E. Tasca
Nevada Bar No. 14151
Holly Ann Priest
Nevada Bar No. 13226
Kyle A. Ewing
Nevada Bar No. 14051
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000

*Attorneys for Plaintiff*

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2017, I served a copy of the foregoing *JOINT MOTION AND ORDER RE: DEMAND FOR SECURITY OF COSTS* upon each party by depositing a copy of same in the United States Mail, postage fully prepaid, addressed to the following and/or via electronic mail through the Court's CM/ECF System electronically served by the Court on all parties who have appeared:

Diana Cline Ebron
Jackie A. Gilbert
Karen Hanks
Nevada Bar No. 9578
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89014

Anthony Depsasquale
19 Contra Costa Pl.
Henderson, NV 89052-6664

/s/ C. Wells
An employee of BALLARD SPAHR